**Order entered February 3, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01160-CR

**PEDRO SANTIAGO MARIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F19-52413-Y**

## ORDER

Before the Court is appellant's January 31, 2020 motion for extension of time to file brief. We **GRANT** appellant's motion and **ORDER** appellant's brief filed on or before **MARCH 2, 2020.**

/s/     BILL PEDERSEN, III
JUSTICE